UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

August 25, 2015

MEMO TO COUNSEL RE: Alex Cordova, et al. v. Baltimore Auto Locators, Inc., et al.
Civil No. JFM-15-1744

Dear Counsel:

I have reviewed the memoranda submitted in connection with plaintiffs' motion for remand.

The motion is granted. Less than $75,000 is claimed in damages by plaintiff. There is no diversity of citizenship between the parties since plaintiffs are citizens of Maryland as are two of the defendants. The fact that the non-diverse defendants were not served at the time of the removal is not material. *See, e.g., Hack v. SAI Rockville L, LLC*, Civil No. WDQ-14-1985, 2015 WL 795853, at *2-3 (D. Md. Feb. 24, 2015); *Oxendine v. Merck & Co.*, 236 F.Supp. 2d 517, 524-26 (D. Md. 2002). No federal claim is asserted in the removed action.

Plaintiffs have also moved for costs. I am persuaded that under the circumstances an award of costs in the amount of $400 is appropriate. This will put the parties in the same position as they were in before any suit was filed.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 AUG 25 PM 3:57
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY