IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ALEX CORDOVA, ET AL. | * | |
| | * | |
| v. | * | Civil No. – JFM-15-1744 |
| | * | |
| BALTIMORE AUTO LOCATORS, INC, ET AL. | * | |

******

## ORDER

For the reasons stated in the accompanying memorandum to counsel, it is, this 25th day of August 2015

ORDERED

1. Plaintiffs' motion for remand (document 9) is granted;

2. This action is remanded to the Circuit Court for Baltimore City, Maryland; and

3. Plaintiffs are awarded costs in the amount of $400 against Nicholas Financial, Inc.

_____
J. Frederick Motz
United States District Judge

1